178 So. 925

**Jess J. NORMAN v. STATE.**

**8 Div. 565.**

Court of Appeals of Alabama.

Feb. 1, 1938.

SAMFORD, Judge.

Appeal dismissed.

177 So. 924

**T. H. NORRIS v. STATE.**

**6 Div. 152.**

Court of Appeals of Alabama.

Dec. 7, 1937.

RICE, Judge.

Appeal dismissed.

178 So. 925

**Lawson A. NORTON v. STATE.**

**8 Div. 522.**

Court of Appeals of Alabama.

Feb. 1, 1938.

BRICKEN, Presiding Judge.

Appeal dismissed.

183 So. 925

**Mack NORTON v. STATE.**

**4 Div. 410.**

Court of Appeals of Alabama.

Aug. 6, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

181 So. 922

**Tom NORWOOD v. STATE.**

**6 Div. 110.**

Court of Appeals of Alabama.

May 17, 1938.

A. K. Callahan, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

177 So. 924

**Jasper OAKS v. STATE.**

**5 Div. 28.**

Court of Appeals of Alabama.

Dec. 14, 1937.

Reynolds & Reynolds, of Clanton, for appellant.

A. A. Carmichael, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

RICE, Judge.

Affirmed.